IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAL GUGGENHEIM )<br>278 Brook Avenue )<br>Passaic, NJ 07055 )<br>)<br>Defendant. )<br>_____) | Case No. |

## COMPLAINT

Plaintiff, the United States of America, at the request and with the authorization of a delegate of the Secretary of the Treasury in accordance with 31 U.S.C. § 3711(g)(4)(C), and at the direction of the Attorney General of the United States, brings this civil action to collect the penalties assessed against Sal Guggenheim under 31 U.S.C. § 5321(a)(5) for his failure to report his interest in foreign bank accounts for the years 2010 through 2013. In support of this action, the United States alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345 and 1355.

2. Venue is proper in this district under 28 U.S.C. § 1391 because Defendant Sal Guggenheim resides in this district.

## PARTIES

3.  The Plaintiff is the United States of America.

4.  Defendant Sal Guggenheim resides in Passaic, New Jersey within the jurisdiction of this Court.

## DEFENDANT'S DUTY TO REPORT HIS INTEREST IN A FOREIGN FINANCIAL ACCOUNT

5.  All citizens and residents of the United States who have a financial interest in, or signatory or other authority over, any foreign financial account that had a maximum value greater than $10,000 at any time during a calendar year are required to file an annual report disclosing the existence of each account.  31 U.S.C. § 5314; 31 C.F.R. § 1010.350,

6.  The annual report, known as the Report of Foreign Bank and Financial Accounts ("FBAR") for calendar years 2010 to 2013 is due no later than June 30 of the year following the calendar year. 31 C.F.R. § 1010.306(c).

7.  All persons who are required to file a Schedule B to their federal income tax returns (Forms 1040) are required to disclose whether at any time during that tax year they had a financial interest in or signatory authority over a financial account located in a foreign country.

8.  During each of the years 2010 through 2013, the aggregate amount in defendant's foreign accounts exceeded $10,000 in U.S. Currency.  Specifically, during each of the years 2010 through 2012, the aggregate amount in defendant's Swiss Bank Frey account/Swiss Wegelin bank account exceeded $10,000.  During the year 2012, the

aggregate amount in defendant's Swiss Bank Frey account/Credit Suisse AG bank account exceeded $10,000.  During each of the years 2012 and 2013, the aggregate amount in defendant's Swiss Bank Frey account/Swiss UBS in Zurich bank account exceeded $10,000.

9.  For the years 2010 through 2012, defendant Sal Guggenheim had a duty to report his interest in his Swiss Bank Frey account/Swiss Wegelin bank account.

10. For the year 2012, defendant Sal Guggenheim had a duty to report his interest in his Swiss Bank Frey account/Credit Suisse AG bank account.

11. For the years 2012 and 2013, defendant Sal Guggenheim had a duty to report his interest in his Swiss Bank Frey account/Swiss UBS in Zurich bank account.

## DEFENDANT'S INTEREST IN A FOREIGN FINANCIAL ACCOUNT

12.  Defendant Sal Guggenheim, a Harvard educated businessman and former UBS/Bank of France employee received approximately 1.1 million in Swiss Francs from his father in 2004.

13. The funds, described in paragraph 12, were infused into Getafix Limited, an offshore company, in the British Virgin Islands.

14.  Getafix Limited was set up by defendant's father on behalf of the defendant to avoid the payment of tax.  All of Getafix's assets belonged to defendant Sal Guggenheim, including Getafix's Swiss Bank Frey account/Wegelin account/Credit Suisse AG account/ Swiss UBS in Zurich bank account described above in paragraph 8.

15. During the years 2010 through 2013, defendant Guggenheim received funds totaling $458,949 from the Swiss Bank Frey account/Wegelin account/Credit Suisse AG account/ Swiss UBS described above.  The funds received by the defendant for each year were as follows: $25,000 in 2010; $150,000 in 2011; $115,000 in 2012; and $168,949 in 2013.

16. In 2013, Getafix was liquidated, and Defendant endorsed and deposited into his personal account a check written to Getafix for $168,949.  The Swiss Bank Frey Account was closed soon after.

17. Although defendant Sal Guggenheim received distributions from the Swiss Bank Frey account/Wegelin account/Credit Suisse AG account/ Swiss UBS in Zurich account, he did not report these distributions on his 2011, 2012, and 2013 federal income tax returns.

## DEFENDANT'S WILLFUL FAILURE TO REPORT HIS INTEREST IN A FOREIGN FINANCIAL ACCOUNT

18. On his 2010 through 2013 federal income tax returns, Defendant failed to disclose that he had an interest in a foreign bank account.

19.  Prior to 2010, Defendant was aware that he had an interest in foreign bank accounts and he was aware of the requirement to file FBARs.

20. Defendant did not file an FBAR as required for 2010.

21. Defendant did not file an FBAR as required for 2011.

22. Defendant did not timely file an FBAR as required for 2012.

23. Defendant did not timely file an FBAR as required for 2013.

## CLAIM FOR RELIEF

24. Sal Guggenheim was subject to the reporting requirements contained in 31 U.S.C. 5314 for calendar years 2010 through 2013, because he resided in the United States, had an interest and/or signatory authority over the Swiss Bank Frey account/Wegelin account/Credit Suisse AG account/ Swiss UBS in Zurich account, and the balance of the Swiss Bank Frey account/Wegelin account/Credit Suisse AG account/ Swiss UBS in Zurich account exceeded $10,000.

25. Sal Guggenheim violated the reporting requirements of 31 U.S.C. § 5314 because he failed to file an FBAR for 2010 and 2011 and he failed to timely file an FBAR for 2012 and 2013.

26. Section 5321(a)(5) provides for civil penalties for the failure to comply with the reporting requirements of Section 5314. 31 U.S.C. § § 5314, 5321(a)(5).

27. The Defendant knew, or should have known, that he was required to file FBARs disclosing his interests in foreign bank accounts.

28. The Defendant's failure to comply with the reporting requirements was willful under 31 U.S.C. § 5321(a)(5).

29. On November 17, 2016, a delegate of the Secretary of the Treasury made an assessment of civil penalties in the amount of $100,000 against Sal Guggenheim under 31 U.S.C. § 5321 (a)(5) for his willful failure to timely report his interest in a foreign bank account for the years 2010 through 2013.

30. A delegate of the Secretary of the Treasury gave notice of the assessment described above and demanded payment of the assessment from the Defendant Sal Guggenheim.

31. Despite notice and demand for payment of the assessment, the Defendant neglected or refused to pay the assessment.

32. Interest and penalties have accrued and will continue to accrue on the penalty assessments described above pursuant to 31 U.S.C. § 3717.

33. The Defendant is indebted to the United States in the total amount of $106,060.28 as of September 29, 2017, plus interest and penalties that have accrued since that date, and will continue to accrue thereafter as provided by law until the balance is paid in full.

WHEREFORE, the United States of America respectfully requests that the Court adjudge and decree as follows:

    A. That judgment be entered against Defendant Sal Guggenheim, and in favor of the United States, in the amount of $106,060.28, plus such additional amounts, including interest and penalties, which have accrued from September 29, 2017, and continue to accrue as provided by law; and

    B. That the United States shall recover its costs in this action, and be awarded such other and further relief as this Court deems just and proper.

DATED:  November 16, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Beatriz T. Saiz*
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-307-6585
Fax:  202-514-6866
Beatriz.T.Saiz@usdoj.gov
*Counsel for the United States*

**DESIGNATION UNDER LOCAL RULE OF CIVIL PROCEDURE 101.1(f)**

In accordance with Local Rule of Civil Procedure 101.1(f), the undersigned hereby designate the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

    Chief, Civil Division
    United States Attorney's Office
    District of New Jersey
    970 Broad Street, Ste. 700
    Newark, New Jersey 07102

Date: November 16, 2018

                                      RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney
                                      General

                                      /s/ *Beatriz T. Saiz*
                                      BEATRIZ T. SAIZ
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 227
                                      Washington, D.C.  20044
                                      Tel: 202-307-6489
                                      Fax: 202-514-6866
                                      Beatriz.T.Saiz@usdoj.gov

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the foregoing Complaint is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Date: November 16, 2018

                                      RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General

                                    /s/ *Beatriz T. Saiz*
                                    BEATRIZ T. SAIZ
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 227
                                    Washington, D.C.  20044
                                    Tel: 202-307-6489
                                    Fax: 202-514-6866
                                    Beatriz.T.Saiz@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Sal Guggenheim

**(b)** County of Residence of First Listed Plaintiff 
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Passaic
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Beatriz T. Saiz, Esq.
U.S. Department of Justice, Tax Division
P.O. Box 227, Washington, DC 20044 (202) 307-66585

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. § 5314

Brief description of cause:
Reduce to judgment civil penalties for failure to disclose foreign bank account

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 106,060.28

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 11/16/2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Beatriz T. Saiz

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  **(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  **(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.  Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| SAL GUGGENHEIM | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAL GUGGENHEIM
278 Brook Avenue
Passaic, New Jersey 07055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Beatriz T. Saiz
U.S. Department of Justice,
Tax Division, JCB, Room 6818
Ben Franklin Station, P.O. Box 227
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: